FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL LAMAR SMITH, | No. CV 07-6069-PA(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| LARRY SCRIBNER (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: May 15, 2008

_____
PERCY ANDERSON
United States District Judge